USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :     **18 CR 767 (VM)**
                                  :
        -against-                 :
                                  :     **ORDER**
ADRIEN FISEKU,                    :
                                  :
              Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant, currently scheduled to be held on Friday, June 11, 2020, shall be rescheduled to Friday, July 31, 2020 at 10:45 a.m.

**SO ORDERED:**

Dated:   New York, New York
         28 May 2020

_____
Victor Marrero
U.S.D.J.