```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **18 CR 767 (VM)**
                                   :
         -against-                 :
                                   :     **ORDER**
                                   :
ADRIAN FISEKU,                     :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   Counsel for the Defendant, with the consent of counsel for the Government (see Dkt. No. 150), requests that the sentencing of the above-named defendant be rescheduled. It is hereby ordered that the sentencing, currently scheduled to be held on Friday, July 31, 2020, shall be rescheduled to Friday, October 2, 2020 at 1:00 p.m.

**SO ORDERED:**

Dated:   New York, New York
         22 July 2020

_____
Victor Marrero
U.S.D.J.