THE LAW OFFICES OF

# NATHANIEL Z. MARMUR, PLLC
500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110

T: 212-257-4894   F: 646-829-9519

NMARMUR@MARMURLAW.COM

WWW.MARMURLAW.COM

September 15, 2020

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020
```

Re: United States v. Adrian Fiseku, 18 Cr. 767(VM)

Dear Judge Marrero:

    I represent Adrian Fiseku in the above matter. Pursuant to your Honor's Special Individual Rules and Practices in Light of COVID-19, the parties have conferred and believe that the sentencing, now scheduled for October 2, should be adjourned because Mr. Fiseku will not be able to appear personally. Notably, Mr. Fiseku is at liberty and will not be prejudiced by an adjournment. Accordingly, we respectfully request that the Court set a new date for sentencing approximately 60 days from now.

Respectfully submitted,

/s/ Nathaniel Z. Marmur

Nathaniel Z. Marmur

**Request GRANTED.** The sentencing shall be scheduled for November 20, 2020 at 3:15 p.m.

**SO ORDERED.**

9/17/2020
DATE

/s/ Victor Marrero, U.S.D.J.

cc:   AUSAs Andrew Chan and Margaret Graham (by ECF)