USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **18 CR 767 (VM)**
                                   :
         -against-                 :
                                   :     **ORDER**
ADRIAN FISEKU,                     :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant, currently scheduled to be held on Friday, November 20, 2020, shall be rescheduled to Friday, January 22, 2021 at 11:00 a.m. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

Dated:    New York, New York
          03 November 2020

_____
Victor Marrero
U.S.D.J.