```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :        **18 CR 767(VM)**
       -against-                  :          ORDER
                                  :
ADRIAN FISEKU,                    :
                                  :
              Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The sentencing in this matter scheduled for Friday, January 22, 2021 at 11:00 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
          21 January 2021

_____
Victor Marrero
U.S.D.J.