USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :         18 CR 767(VM)
        -against-                 :            ORDER
                                  :
ADRIAN FISEKU,                    :
                                  :
                    Defendant.    :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Defendant Adrian Fiseku requests that the Court modify the terms of his pretrial release to allow him the use of medical marijuana. (See Dkt. No. 201.) In light of Mr. Fiseku's debilitating injury and chronic pain, the Court hereby grants the request, subject to Mr. Fiseku submitting documentation of his approval by the New York State Department of Health for use of medical marijuana to Pretrial Services. (See id. at 2, Exs. 3 and 4.)

**SO ORDERED:**

Dated:   New York, New York
         01 June 2021

_____
Victor Marrero
U.S.D.J.