# THE LAW OFFICES OF
# NATHANIEL Z. MARMUR, PLLC

500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110
T: 212-257-4894   F: 646-829-9519
NMARMUR@MARMURLAW.COM
WWW.MARMURLAW.COM

July 7, 2021

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2021

**BY ECF**

Re:  United States v. Adrian Fiseku, 18 cr. 767 (VM)

Dear Judge Marrero:

    I write on behalf of Adrian Fiseku to request a three month extension of his reporting date due to anticipated necessary surgery.

    On January 22, 2021, Mr. Fiseku was sentenced by the Court principally to a term of 30 months' incarceration. He is at liberty with a reporting date of July 23, 2021. He has not been designated to an institution.

    As the Court is aware, Mr. Fiseku suffered a devastating work-related injury, for which he has undergone a number of, often painful, surgeries. As set forth in the attachment to his letter, his treating physician has recommended further surgery on his elbow.[1] More specifically, the surgery is for arthroscopic removal of loose bone fragments and debridement. At this time, Mr. Fiseku is awaiting approval from the workers' compensation board to cover the costs of the surgery, see id.; we anticipate a decision within two months, after which we estimate that recovery will take one to two weeks.

    I am informed by the Pretrial Services Office that Mr. Fiseku has remained compliant with the terms of his release and that it defers to the Court as to this request. AUSA Andrew Chan has informed me that the government does not consent to the extension given the length of time requested.

---

[1]    The form is unfortunately blurry, although the key information, including the surgery recommendation, is on the final two pages, which are legible; we are endeavoring to get a cleaner copy and if we are able we will provide it to the Court expeditiously.

**THE LAW OFFICES OF**
# NATHANIEL Z. MARMUR, PLLC

I thank the Court in advance for its attention to this matter.

                                          Respectfully,

                                          /s/ Nathaniel Z. Marmur

                                          Nathaniel Z. Marmur

cc: AUSA Andrew Chan (by ECF)

---

**Request GRANTED.** In light of Mr. Fiseku's need for additional surgery on his elbow, the Court hereby grants his request for a three-month extension of his reporting date. Mr. Fiseku's new reporting date is October 23, 2021.

**SO ORDERED.**

7/13/2021
_____
DATE

_/s/ Victor Marrero_
VICTOR MARRERO, U.S.D.J.