## THE LAW OFFICES OF
## NATHANIEL Z. MARMUR, PLLC

500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110
T: 212-257-4894   F: 646-829-9519
NMARMUR@MARMURLAW.COM
WWW.MARMURLAW.COM

September 27, 2021

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2021
```

**BY ECF**

Re:  United States v. Adrian Fiseku, 18 cr. 767 (VM)

Dear Judge Marrero:

I write on behalf of Adrian Fiseku to request an adjournment of his reporting date January 10, 2022, due to necessary (and scheduled) surgery.  This is his second request for an adjournment.

On January 22, 2021, Mr. Fiseku was sentenced by the Court principally to a term of 30 months' incarceration. He was originally scheduled to report on July 23, 2021. However, based on an application his doctor had made to the Workers' Compensation Board to approve further surgery on his left elbow (Mr. Fiseku has undergone numerous, painful surgeries resulting from a devastating work-related accident), the Court granted an adjournment until October 23 to allow time for the surgery and for Mr. Fiseku to recover. See Dkt. 204.

I understand that the Workers' Compensation Board either did not receive or did not properly process the doctor's request for approval for the surgery. That error has been corrected. A request was re-submitted on August 5 and was approved on September 17. See Exhibit A. The surgery was promptly scheduled for October 8. See Exhibit B. Following the surgery, Mr. Fiseku will require physical therapy two-to-three times a week for six weeks. See Exhibit A. To accommodate that recovery time, and in light of the seasonal holidays that would commence shortly thereafter, we respectfully request that the Court grant an extension of the reporting date to Monday, January 10, 2022.

I am informed by the Pretrial Services Office that Mr. Fiseku has remained in full compliance with the terms of his release. AUSA Andrew Chan has asked me to inform the Court of the following: "The Government does not consent to the request for further adjournment of Mr. Fiseku's surrender date given that the surrender date was already previously adjourned for three months."

I thank the Court in advance for its attention to this matter.

Respectfully,

/s/ Nathaniel Z. Marmur

Nathaniel Z. Marmur

Request GRANTED. Defendant's reporting date is hereby extended to January 10, 2022.

SO ORDERED.
9/29/2021
DATE      VICTOR MARRERO, U.S.D.J.