**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :     18 CR 767(VM)
        -against-                   :     ORDER
                                    :
ADRIAN FISEKU,                      :
                                    :
                Defendant.          :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Defendant Adrian Fiseku requests that the Court adjourn his scheduled reporting date of January 10, 2022 by three months. (See Dkt. No. 219.) This is Mr. Fiseku's third request for an adjournment of his reporting date to a BOP facility. The Government objects to Mr. Fiseku's request. (See Dkt. No. 220.)

Having considered the parties' submissions, and having taken into account the fact that the Court has previously granted Mr. Fiseku two adjournments since his originally scheduled reporting date of July 23, 2021, the Court **DENIES** Mr. Fiseku's current request. Mr. Fiseku's reporting date remains as Monday, January 10, 2022.

**SO ORDERED:**

Dated:    New York, New York
          06 January 2022

                                    _____
                                          Victor Marrero
                                            U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2022